MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: _Nisewonger Sr._   **JAD**

Case Number: _19-70166_

Date of Meeting: _4/26/19_   Recording # _49_
Debtor(s) present _(✓ or Not Present_   (_No Payments Made or_ _partial payments)
Attorney for debtor(s) _Homady_   (Present _✓_ or Not Present ___)
Date of Plan at § 341: _3/27/11_ Applicable commitment period ___ 3 yrs _✓_ 5 yrs

2018 tax return on exh

FILED
2019 MAY -2 P 12: 55
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH PA

_____ Meeting HELD and CONCLUDED
__✓___ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD         _____ Order to Show Cause Requested
                                 _____ To be rescheduled by Clerk

__X__ Confirmation Order recommended _____ Final   _____ Interim
__X__ Amended Plan due: _5/7/19_ ; Objections due: _6/7/19_

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case.  Motion to be filed by the Debtor within 10 days
__X__ Continued to:
_____ 341 Meeting   OR __X__ Conciliation Conf. OR ___ *Contested Hearing
On _6/27/19_ at _3:00_ am/pm Location _3250_

Chapter 13 Trustee/Attorney for Trustee