# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | RICHARD L. & MICHELLE A. NISEWONGER |
| **Case Number:** | 19-70166-JAD   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 27, 2019  03:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
7/5/19 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#34 Amended Plan Dated 5/16/2019 (N)
R / M #:  34 / 0

*interim*
PLEASE SUBMIT CONFIRMATION ORDER

*Appearances:*

Debtor:
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __10-3-19__ at __2:30__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. __✓__ Other:

**341 Closed**