# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |
|---|---|
| Debtor: | RICHARD L. & MICHELLE A. NISEWONGER |
| Case Number: | 19-70166-JAD   Chapter: 13 |
| Date / Time / Room: | THURSDAY, OCTOBER 03, 2019 02:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
10/9/19 1:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#34 - Final Confirmation of Plan Dated 5/16/2019 (NFC)
R / M #: 34 / 0

### Appearances:

Debtor: *Hom ady* (signature)
Trustee: Winnecour / Pail / **Katz** / DeSimone
Creditor:

*Con 1+ for plan review*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **12/5/19** at **2:30 pm**
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/26/2019   9:36:30AM