FILED
3/18/21 8:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In RE:                                          )
                                                )      **DEFAULT O/E JAD**
RICHARD L. NISEWONGER, SR. and                  )      BANKRUPTCY NO. 19-70166 -JAD
MICHELLE A. NISEWONGER, his wife                )
                        Debtors                 )      CHAPTER 13
PEOPLES NATURAL GAS COMPANY,                    )
LLC                                             )      RELATED TO ECF NO. 47
                        Movant,                 )
            vs.                                 )
RICHARD L. NISEWONGER, SR. and                  )
MICHELLE A. NISEWONGER, his wife,               )
and RONDA J. WINNECOUR, ESQUIRE,                )
Trustee                                         )
                        Respondents.            )

ORDER OF COURT


        AND NOW, to-wit, this 18th day of March, 2021, upon Motion of the Peoples Natural
Gas Company, LLC, service of the same upon Debtors and Debtors' Counsel and failure of the
same to Object or Respond, it is hereby ORDERED, ADJUDGED and DECREED that:


        1.      The Debtors have failed to pay their utility bills and/or security deposit to the
Peoples Natural Gas Company, LLC as and when they became due post petition.  The Peoples
Natural Gas Company, LLC is entitled to be paid for this administrative claim and either to
terminate utility service to the Debtors or be granted adequate assurance of future payment.


        2.      The Court finds that continued utility service is necessary for an effective
reorganization by the Debtors.   Therefore, the administrative claims of the Peoples Natural Gas
Company, LLC as set forth in the foregoing Motion are hereby allowed and are to be paid
through the Chapter 13 Plan.  In addition, as further adequate assurance of payment, the Debtors
are hereby ordered to hereafter make the monthly budget payment for utility service provided by
Peoples Natural Gas Company, LLC through the Trustee as part of the Chapter 13 Plan.  The
budget payment as of the date of this Order is $70.00.  **The total amount to be included in the
Plan, including budget and arrearages, is set forth in paragraph four (4) of this Order.**

3.    In order to pay the combined administrative claims and ongoing budget of the Peoples Natural Gas Company, LLC, the Plan payment must be increased. Distribution to Peoples Natural Gas Company, LLC must begin effective beginning in April of 2021.

4.    To provide for the claims allowed in this Order, and to provide the ongoing budget as adequate assurance, the sum of $100.84 shall be distributed to the Movant, the Peoples Natural Gas Company, LLC over the life of the Plan, and shall be paid at priority level three (3).  The Trustee is hereby authorized and directed to make immediate interim distribution of the funds due to the Peoples Natural Gas Company, LLC.

5.    If the ongoing budget required to maintain utility service to the Debtors should increase significantly, the monthly amount due on this long term continuing debt may be amended by Peoples Natural Gas Company, LLC in accord with its usual procedures upon notice to the Debtors or their attorney and the Chapter 13 Trustee.   Whatever sums may remain due on the post petition account once this case has concluded will not be discharged, and remain the liability of the Debtors.

6.    If the counsel for the Debtors has not consented to the Order by signing below, this Order is entered by Default subject to the Debtors' right to seek reconsideration of this Order, by written Motion, within twenty (20) days of the date of this Order.

7.    Unless reconsideration of this Order is timely sought, the Debtor's counsel or the Debtor are hereby ordered to file an amended plan including Peoples Natural Gas Company, LLC as set forth in this Order within fifteen (15) days of the date of this Order.  Debtor's counsel or Debtor shall simultaneously file an amended wage order which shall be in the amount required by the amended plan.

8.    The debtor's post petition account number is xxxxxxxx8176.

BY THE COURT:

HON. JEFFERY A. DELLER
UNITED STATESBANKRUPTCY JUDGE

cc: S. James Wallace, GRB Law, 437 Grant Street, 14th Floor,  Pittsburgh, Pa. 15219-6107

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 19-70166-JAD

Richard L. Nisewonger, Sr.                                       Chapter 13

Michelle A. Nisewonger
     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 1 of 2 |
| Date Rcvd: Mar 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard L. Nisewonger, Sr., Michelle A. Nisewonger, 1929 Walton Avenue, Altoona, PA 16602-4543 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2021              Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Theresa C Homady | on behalf of Debtor Richard L. Nisewonger  Sr. thomady1@msn.com, homadylaw@gmail.com;bkchomady@outlook.com;9893@notices.nextchapterbk.com |

District/off: 0315-7                          User: lfin                                    Page 2 of 2
Date Rcvd: Mar 18, 2021                       Form ID: pdf900                               Total Noticed: 1

Theresa C Homady

        on behalf of Joint Debtor Michelle A. Nisewonger thomady1@msn.com
        homadylaw@gmail.com;bkchomady@outlook.com;9893@notices.nextchapterbk.com

TOTAL: 6