IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-70166-JAD |
| Richard L. Nisewonger, Sr. | : | Chapter 13 |
| Michelle A. Nisewonger | : | Document No. 58 |
| | | |
| Freedom Mortgage Corporation | : | Related to |
|     Movant | : | Document No. doc |
| | : | |
| v. | : | Claim No. 13 |
| | : | |
| Richard L. Nisewonger, Sr. | : | |
| Michelle A. Nisewonger | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J. Winnecour, Esq. (Trustee) | : | |
|     Resondents | : | |

## **DECLARATION OF ATTORNEY**

    I, Theresa C. Homady, Esquire, counsel for the above captioned Debtor, hereby declare that I have reviewed the **Mortgage Analysis for Payment Change** filed by Freedom Mortgage Corporation at Document No. ___, for Claim No. 13, in this case and hereby declare that to the best of my knowledge, information and belief, the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt payment of $1,208.05, as Debtor has been paying $1,212.00 a month, and the plan covers the new payment.


Dated:    November 1, 2021        /s/ Theresa C. Homady
                                                                                   Theresa C. Homady, Esquire
                                                                                  104 S. Center St., Ste 212
                                                                                  Ebensburg, PA 15931
                                                                                  (814) 696-4020
                                                                                  thomady1@msn.com
                                                                                  PA Supreme Court ID No. 47042