IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-70166-JAD |
| Richard L. Nisewonger, Sr. | : | |
| Michelle A. Nisewonger | : | Chapter 13 |
|     Debtor(s) | : | |
| | : | Related to Document No. 61 |
| | : | WO - 1 |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER

I, Theresa C. Homady, Esquire, of Homady & Corcoran LLC, 104 S. Center St, Ste 212, Ebensburg, PA 15931, CERTIFY:

That I am, and at all times hereinafter mentioned, was more than 18 years of age:

That on April 20, 2022, I served a copy of the Wage Attachment Order, *together with a Notification of Debtor's Social Security Number,* filed in this proceeding, on the Employer by First Class Mail, USPS, at the following address:

John Stuckey Ford Inc.
PO Box 489
Hollidaysburg, PA 16648

I certify under Penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2022
Executed on April 20, 2022             /s/ Theresa C. Homady
                                                              Theresa C. Homady, Esquire
                                                              104 S Center St., Ste 212
                                                              Ebensburg, PA 15931
                                                              PA Supreme Court ID # 47042
                                                              (814) 696-4020