FILED
8/3/22 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-70166-JAD |
| Richard L. Nisewonger ) | |
| Michelle A. Nisewonger ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Related to Dkt. No. 46 |
| _____X | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑     a motion to dismiss case or certificate of default requesting dismissal

❑     a plan modification sought by: _____

❑     a motion to lift stay
       as to creditor _____

■     Other:     **plan payment increase due to change in escrow payment**

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
■ Amended Chapter 13 Plan dated **2/18/2021**

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

■     Debtor(s) Plan payments shall be changed from $ **2,180.00** to
       $ **2,213.00** per month, effective August 1, 2022; and/or the Plan term shall be changed from ____ months to ____ months.

[04/22]            -1-

- ❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❑ Debtor(s) shall file and serve _____ on or before _____.

- ❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ■ Other: **FREEDOM MORTGAGE CORPORATION CL # 13 to govern following all payment change notices of record**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 3rd day of August, 2022

_____
Jeffery A. Deller    jah
United States Bankruptcy Judge

Stipulated by:                              Stipulated by:

/s/ **Theresa C. Homady**                   /s/ **James Warmbrodt**
Counsel to Debtor                           Counsel to Chapter 13 Trustee


Stipulated by:

_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

[04/22]                                -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:            Case No. 19-70166-JAD

Richard L. Nisewonger, Sr.      Chapter 13

Michelle A. Nisewonger

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3
Date Rcvd: Aug 03, 2022      Form ID: pdf900      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard L. Nisewonger, Sr., Michelle A. Nisewonger, 1929 Walton Avenue, Altoona, PA 16602-4543 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| 15017633 | + | Credit Control Collections, 2410 Broad Avenue, Altoona, PA 16601-1940 |
| 15481336 | + | FRIEDMAN VARTOLO, LLP, Attorneys for Rushmore Loan Management, Services,LLC as Servicer for U.S. Bank N, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15017640 | + | Holiday Financial Services, 112 Hollidaysburg Plaza, Duncansville, PA 16635-8410 |
| 15426281 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15017642 | + | My Great Lakes, PO Box 790321, Saint Louis, MO 63179-0321 |
| 15017644 | + | ROI, PO Box 62850, Baltimore, MD 21264-2850 |
| 15017645 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap On Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 15017646 | + | Theresa C. Homady, Esquire, 317 Union Street, Suite 105, Hollidaysburg, PA 16648-2097 |
| 15056805 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 15017648 | + | UPMC, PO Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 03 2022 23:56:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15017629 | + | Email/Text: bankruptcy@rentacenter.com | Aug 03 2022 23:54:00 | Acceptance Now, 5501 Headquarters, Plano, TX 75024-5837 |
| 15017630 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 03 2022 23:56:28 | Capital One Bank, Bankruptcy Claims Servicer, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15030534 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 03 2022 23:56:19 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15017631 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 03 2022 23:56:40 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15017632 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Aug 03 2022 23:54:00 | City of Baltimore, 200 Holliday Street, Baltimore, MD 21202-3618 |
| 15017634 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 03 2022 23:56:32 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15017635 | ^ | MEBN | Aug 03 2022 23:47:27 | Equifax, 1550 Peachtree Street, NW, Atlanta, GA 30309-2468 |
| 15017636 | ^ | MEBN | Aug 03 2022 23:47:22 | Experian, 701 Experian Parkway, Allen, TX 75013-3715 |

Case 19-70166-JAD    Doc 73    Filed 08/05/22    Entered 08/06/22 00:27:09    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2022 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15017637 | | ^ MEBN | Aug 03 2022 23:47:35 | Fair Collections and Outsourcing, 12304 Baltimore Ave., Ste E, Beltsville, MD 20705-1314 |
| 15426282 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 03 2022 23:54:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15017638 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 03 2022 23:54:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15017639 | | Email/Text: brnotices@dor.ga.gov | Aug 03 2022 23:54:00 | Georgia Department of Revenue, PO Box 105499, Atlanta, GA 30348 |
| 15017641 | + | Email/Text: support@ljross.com | Aug 03 2022 23:54:00 | LJ Ross, PO Box 6099, Jackson, MI 49204-6099 |
| 15058998 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2022 23:56:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15030649 | + | Email/PDF: cbp@onemainfinancial.com | Aug 03 2022 23:56:19 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15017643 | + | Email/PDF: cbp@onemainfinancial.com | Aug 03 2022 23:56:29 | OneMain Financial, PO Box 3327, Evansville, IN 47732-3327 |
| 15031186 | + | Email/Text: ebnpeoples@grblaw.com | Aug 03 2022 23:54:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15017787 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2022 23:56:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15017647 | | Email/Text: DASPUBREC@transunion.com | Aug 03 2022 23:54:00 | Trans Union, 555 West Adams Street, Chicago, IL 60661 |
| 15481337 | + | Email/Text: bkenotice@rushmorelm.com | Aug 03 2022 23:54:00 | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15059813 | | ^ MEBN | Aug 03 2022 23:47:49 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15059812 | | ^ MEBN | Aug 03 2022 23:47:48 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15057744 | | Email/PDF: ebn_ais@aisinfo.com | Aug 03 2022 23:56:31 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15017649 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 03 2022 23:54:00 | Webbank/Fingerhut, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15063394 | * | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 19-70166-JAD    Doc 73    Filed 08/05/22    Entered 08/06/22 00:27:09    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2022 | Form ID: pdf900 | Total Noticed: 37 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Theresa C Homady | on behalf of Debtor Richard L. Nisewonger Sr. thomady1@msn.com, homadylaw@gmail.com;HomadyCorcoranLLC@jubileebk.net |
| Theresa C Homady | on behalf of Joint Debtor Michelle A. Nisewonger thomady1@msn.com homadylaw@gmail.com;HomadyCorcoranLLC@jubileebk.net |

TOTAL: 8