# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# JOHNSTOWN DIVISION

IN RE:                                                                                         CASE NO.: 19-70166

**Richard L. Nisewonger, Sr.,**                                                     CHAPTER 13
    **Debtor.**

**Michelle A. Nisewonger,**
    **Joint Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michelle L. McGowan, Esq., ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS RD., SUITE 450**
**ALPHARETTA, GA 30004**

                                                Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                Attorney for Secured Creditor
                                                13010 Morris Rd., Suite 450
                                                Alpharetta, GA 30004
                                                Telephone: 470-321-7112
                                                Facsimile: 404-393-1425

                                                By: _\S\Michelle L. McGowan, Esq._
                                                    Michelle L. McGowan, Esq., Esquire
                                                    Pennsylvania Bar No. 62414 PA
                                                    Email: mimcgowan@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 29, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

RICHARD L. NISEWONGER, SR.
1929 WALTON AVENUE
ALTOONA, PA 16602

MICHELLE A. NISEWONGER
1929 WALTON AVENUE
ALTOONA, PA 16602

And via electronic mail to:

HOMADY & CORCORAN, LLC
104 S. CENTER ST., SUITE 212
EBENSBURG, PA 15931

HOMADY & CORCORAN, LLC
104 S. CENTER ST., SUITE 212
EBENSBURG, PA 15931

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Angela Gill