**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RICHARD L. NISEWONGER, SR.<br>MICHELLE A. NISEWONGER | Case No. 19-70166JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>US BANK NA - TRUSTEE++ | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> MAIL TO RUSHMORE LOAN MANAGEMENT AT PO BOX 52708 HAS BEEN RETURNED BY THE POSTAL SERVICE AS "VACANT". THIS PO BOX STILL APPEARS ON THE SERVICER'S WEBSITE AS VALID. THE TRUSTEE HAS ATTEMPTED TO CONTACT CREDITOR BY EMAIL, CHAT, PHONE AND FAX, AS WELL AS THROUGH THEIR COUNSEL WITHOUT SUCCESS. IN SOME INSTANCES, THE SERVICER HAS CHANGED TO "RUSHMORE SERVICING" SO NOTICE HAS BEEN GIVEN HERE OF THE NEED FOR A TRANSFER OF CLAIM.

US BANK NA - TRUSTEE++
C/O RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 52708
IRVINE, CA 92619-2708

Court claim# 13/Trustee CID# 23

The Movant further certifies that on 11/07/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>RICHARD L. NISEWONGER, SR., MICHELLE A. NISEWONGER, 1929 WALTON AVENUE, ALTOONA, PA  16602 | DEBTOR'S COUNSEL:<br>THERESA C HOMADY ESQ*, 104 S CENTER ST STE 212, EBENSBURG, PA  15931 |
| ORIGINAL CREDITOR:<br>US BANK NA - TRUSTEE++, C/O RUSHMORE LOAN MANAGEMENT SERVICES, PO BOX 52708, IRVINE, CA 92619-2708 | :<br>RUSHMORE LOAN MANAGEMENT SVCS, PO BOX 55004, IRVINE, CA  92619 |
| ORIGINAL CREDITOR'S COUNSEL:<br>FRIEDMAN VARTOLO LLP, 1325 FRANKLIN AVE STE 160, GARDEN CITY, NY  11530 | |
| NEW CREDITOR: | |