**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/12/2024

IN RE:

| | |
|---|---|
| RICHARD L. NISEWONGER, SR.<br>MICHELLE A. NISEWONGER<br>1929 WALTON AVENUE<br>ALTOONA, PA 16602<br>XXX-XX-9324        Debtor(s)<br><br>XXX-XX-7842 | Case No.19-70166 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

  NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

  This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

  This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

  The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/12/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CARE CREDIT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  6341 |
| **US BANK NA - TRUSTEE RMTP TRUST ET AL**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX  75261 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  0.00<br>COMMENT:  PMT/DCLAR*DKT4PMT-LMT*BGN 4/19*FR FREEDOM-DOC 68*FR US BANK/RUSHMO | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  0491 |
| **HOLIDAY FINANCIAL SERVICES**<br>112 HOLLIDAYSBURG PLAZA<br>DUNCANSVILLE, PA  16635 | Trustee Claim Number:3   INT %:  6.50%<br>Court Claim Number:6<br>CLAIM:  10,275.00<br>COMMENT:  $CL6GOV@TERMS/PL*14863.43@6.5%@369MO/PL~910/PL*W/25 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  9984 |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M**<br>C/O ONE MAIN(*)<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:4   INT %:  6.50%<br>Court Claim Number:4<br>CLAIM:  9,948.29<br>COMMENT:  $10056.38/CL-PL@6.5%@283MO/PL~910/CL-PL*PIF/CR/LTR | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  8602 |
| **SNAP-ON CREDIT LLC**<br>950 TECHNOLOGY WAY STE 350*<br>LIBERTYVILLE, IL  60048 | Trustee Claim Number:5   INT %:  5.50%<br>Court Claim Number:1<br>CLAIM:  8,134.58<br>COMMENT:  $/CL-PL@5.5%@156MO/PL~910/PL*1859/SCH | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  1460 |
| **ACCEPTANCE NOW**<br>5501 HEADQUARTERS DR<br>PLANO, TX  75024 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0102 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  493.83<br>COMMENT:  6911/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4961 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  294.40<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8901 |
| **CITY OF BALTIMORE**<br>COLLECTION DIVISION<br>200 N HOLIDAY ST<br>BALTIMORE, MD  21202 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  TICKETS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT CONTROL COLLECTIONS**<br>2410 BROAD AVE<br>ALTOONA, PA  16601-1940 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  THE SUMMIT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5794 |

| Creditor | Trustee Claim | Court Claim / Claim Amount / Comment | Cred Desc / Account |
|---|---|---|---|
| **CREDIT ONE BANK** <br> POB 98873 <br><br> LAS VEGAS, NV 89193 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5191 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br><br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 995.58 <br> COMMENT: 0005/SCH*CREDIT ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5849 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br><br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 516.57 <br> COMMENT: CREDIT ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9455 |
| **FAIR COLLECTIONS AND OUTSOURCING** <br> 12304 BALTIMORE AVE #E <br><br> BELTSVILLE, MD 20705 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8494 |
| **GEORGIA DEPARTMENT OF REVENUE** <br> C/O GEORGIA TAX CENTER (GTC)* <br> 1800 CENTURY CENTER BLVD <br><br> NE ATLANTA, GA 30345-3205 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: 15/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7842 |
| **LJ ROSS ASSOCIATES** <br> 4 UNIVERSAL WY <br><br> JACKSON, MI 49202 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~PENELEC/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4197 |
| **US DEPARTMENT OF EDUCATION** <br> PO BOX 2837 <br><br> PORTLAND, OR 97208 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: 7-2 <br> CLAIM: 18,132.06 <br> COMMENT: X6943~GREAT LAKES/SCH*AMD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9324 |
| **MB/ROI++** <br> PO BOX 62850 <br><br> BALTIMORE, MD 21264 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: MEDICAL | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0972 |
| **UPMC HEALTH SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br><br> MINNEAPOLIS, MN 55440 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: 12 <br> CLAIM: 1,222.54 <br> COMMENT: X4200/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9324 |
| **WEBBANK-FINGERHUT** <br> 6250 RIDGEWOOD RD <br><br> ST CLOUD, MN 56303 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4509 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,172.69<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5224 |
| **US BANK NA - TRUSTEE RMTP TRUST ET AL**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 19,904.21<br>COMMENT: CL13GOV\*16655/PL\*THRU 3/19\*FR FREEDOM MTG-DOC 68\*FR US BANK NA/RUMO | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0491 |
| **US DEPARTMENT OF EDUCATION**<br>PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TRMNT RMVD/NEWER PL\*SCH-CL@CID 17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **HOLIDAY FINANCIAL SERVICES**<br>112 HOLLIDAYSBURG PLAZA<br>DUNCANSVILLE, PA 16635 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 4,588.43<br>COMMENT: NO GEN UNS/SCH\*W/3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9984 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 3,940.96<br>COMMENT: NT/SCH\*NO LAST PMT/CHARGE OFF DATE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 539.65<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9324 |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: $/DOE-CONF\*BGN 4/21 DISTRIB\*DK | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 8176 |
| **BROCK & SCOTT PLLC\***<br>3825 FORRESTGATE DR<br>WINSTON SALEM, NC 27103 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **FRIEDMAN VARTOLO LLP** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 1325 FRANKLIN AVE STE 160 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| GARDEN CITY, NY  11530 | COMMENT:  RUSHMORE~US BANK/PRAE | |
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 13010 MORRIS RD SUITE 450 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| ALPHARETTA, GA  30004 | COMMENT:  US BANK NA/PRAE | |