IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-70166-JAD |
| Richard L. Nisewonger, Sr. | : | Chapter 13 |
| Michelle A. Nisewonger | : | Document No. |
| | | |
| US Bank National Assoc., as Trustee | : | Related to |
|     Movant | : | Document No. doc |
| | : | |
| v. | : | Claim No. 13 |
| | : | |
| Richard L. Nisewonger, Sr. | : | |
| Michelle A. Nisewonger | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J. Winnecour, Esq. (Trustee) | : | |
|     Resondents | : | |

## DECLARATION OF ATTORNEY

I, Theresa C. Homady, Esquire, counsel for the above captioned Debtor, hereby declare that I have reviewed the **Mortgage Analysis for Payment Change** filed by Freedom Mortgage Corporation at Document No. ___, for Claim No. 13 filed on June 6, 2024, in this case and hereby declare that to the best of my knowledge, information and belief, the existing Chapter 13 Plan payment is sufficient to fund the Plan with the modified debt payment of $1,294.82, as Debtor has been paying $2,213.00 a month, which covers the new payment.

Dated:    June 19, 2024                /s/ Theresa C. Homady
                                    Theresa C. Homady, Esquire
                                    104 S. Center St., Ste 212
                                    Ebensburg, PA 15931
                                    (814) 696-4020
                                    thomady1@msn.com
                                    PA Supreme Court ID No. 47042