IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-70166-JAD |
| Richard L. Nisewonger, Sr. | : | Chapter 13 |
| Michelle A. Nisewonger | : | Document No. |
| | | |
| US Bank National Association | : | |
| as Trustee | : | Related to |
|    Movant | : | Document No. Doc |
| | : | |
| v. | : | Claim No. 13 |
| | : | |
| Richard L. Nisewonger, Sr. | : | |
| Michelle A. Nisewonger | : | |
| | : | |
|    and | : | |
| | : | |
| Ronda J. Winnecour, Esq. (Trustee) | : | |
|    Resondents | : | |

## **DECLARATION OF ATTORNEY**

I, Theresa C. Homady, Esquire, counsel for the above captioned Debtor, hereby declare that I have reviewed the **Mortgage Analysis for Payment Change** filed by US Bak National Association, Trustee for RMTO Trust, Series 2021 Cottage-TT-V, at Document No. Doc, for Claim No. 13, in this case and hereby declare that to the best of my knowledge, information and belief, the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt payment of $1,333.37, as Debtor has been paying $2,213.00 a month, and the plan covers the new payment.

Dated:    June 2, 2025

/s/ Theresa C. Homady
Theresa C. Homady, Esquire
104 S. Center St., Ste 212
Ebensburg, PA 15931
(814) 696-4020
thomady1@msn.com