IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-70166-JAD |
| Richard L. Nisewonger, Sr. | : | |
| Michelle A. Nisewonger | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Richard L. Nisewonger | : | |
| Michelle A. Nisewonger | : | |
| Movant | : | |
| | : | |
| v. | : | Document No. 93 |
| | : | |
| No Respondents | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On April 27, 2019, at dockets number 30 and 30-1, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by the Undersigned Counsel, who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: November 14, 2025        By:    /s/ Theresa C. Homady,
                                       Theresa C. Homady, Esquire
                                       104 S. Center Street, Suite 212
                                       Ebensburg, PA 15931
                                       thomady1@msn.com
                                       (814) 696-4020
                                       PA Supreme Court ID # 47042

PAWB Local Form 24 (07/13)