**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  RICHARD L. NISEWONGER, SR.
MICHELLE A. NISEWONGER
            Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  RICHARD L. NISEWONGER, SR.
MICHELLE A. NISEWONGER

        Respondents

Case No.19-70166JAD

FILED
11/13/25 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Chapter 13

Document No.___94_____

---

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __13th_____ day of __November__, 20_25_, it is hereby ORDERED, ADJUDGED, and DECREED that,

John Stuckey Ford
Attn: Payroll Manager
Po Box 489
Hollidaysburg,PA 16648

is hereby ordered to immediately terminate the attachment of the wages of RICHARD L. NISEWONGER, SR., social

security number XXX-XX-9324.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of

RICHARD L. NISEWONGER, SR..

BY THE COURT:

_____ jsf

UNITED STATES BANKRUPTCY JUDGE

  Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 19-70166-JAD

Richard L. Nisewonger, Sr.                                                      Chapter 13

Michelle A. Nisewonger

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 13, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

**Recip ID                       Recipient Name and Address**
db/jdb                    +  Richard L. Nisewonger, Sr., Michelle A. Nisewonger, 1929 Walton Avenue, Altoona, PA 16602-4543

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2025                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:**

**Name                              Email Address**

Denise Carlon
                        on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com

Lauren Moyer
                        on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
                        on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Mario J. Hanyon
                        on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

District/off: 0315-7                          User: auto                                    Page 2 of 2

Date Rcvd: Nov 13, 2025                       Form ID: pdf900                               Total Noticed: 1

Michelle L. McGowan
                    on behalf of Creditor U.S. Bank National Association.  mimcgowan@raslg.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Theresa C Homady
                    on behalf of Joint Debtor Michelle A. Nisewonger thomady1@msn.com
                    homadylaw@gmail.com;HomadyCorcoranLLC@jubileebk.net

Theresa C Homady
                    on behalf of Debtor Richard L. Nisewonger  Sr. thomady1@msn.com,
                    homadylaw@gmail.com;HomadyCorcoranLLC@jubileebk.net


TOTAL: 10