**Fill in this information to identify the case:**

Debtor 1: Richard L. Nisewonger, Sr. aka Richard L. Nisewonger

Debtor 2: Michelle A. Nisewonger fka Michelle A. Gillespie
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA
(State)

Case number: 19-70166-JAD

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V

**Court claim no.** (if known): 13-1

**Last 4 digits** of any number you use to identify the debtor's account: 0491

**Property address:** 1929 Walton Ave
Number    Street

Altoona    PA    16602
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01 / 01 / 2026
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
MM / DD / YYYY

Debtor 1 Richard L. Nisewonger, Sr. aka Richard L. Nisewonger
_____
First Name Middle Name Last Name

Case number (*if known*) __19-70166-JAD__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Lauren M. Moyer, Esquire
Signature

Date  12 / 15 / 2025

Print Lauren M. Moyer
First Name Middle Name Last Name

Title Attorney for Creditor

Company Friedman Vartolo LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address 1325 Franklin Avenue, Suite 160
Number Street

Garden City NY 11530
City State ZIP Code

Contact phone  (212) 471 – 5100

Email  bankruptcy@friedmanvartolo.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Richard L. Nisewonger Sr. aka Richard L. Nisewonger<br>Michelle A. Nisewonger fka Michelle A. Gillespie<br>    Debtor | : :  :  :  :  : | Bankruptcy No.: 19-70166-JAD<br>Chapter 13 |
| | Nationstar Mortgage LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>v.<br><br>Richard L. Nisewonger Sr. aka Richard L. Nisewonger<br>Michelle A. Nisewonger fka Michelle A. Gillespie<br>Ronda J. Winnecour<br>    Respondents | : : : : : : : : | Related to Document No.<br><br>Hearing Date and Time: |

**CERTIFICATE OF SERVICE OF NOTICE OF**
**Response to Trustee's Notice of Disbursements Made**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) December  15th, 2025.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: _____.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: December   15th  , 2025

1
Firm Case No. 221508-8

By: /s/ Lauren M. Moyer
Signature

<u>Lauren M. Moyer</u>

Typed Name

<u>1325 Franklin Avenue, Suite 160, Garden City, NY 11530</u>

Address

<u>(212) 471-5100</u>

Phone No.

<u>320589 (PA)</u>

List Bar I.D. and State of Admission

2
Firm Case No. 221508-8

**PAWB Local Form 7 (07/13)**

**Service by Regular Mail**

Richard L. Nisewonger Sr.
aka Richard L. Nisewonger
1929 Walton Avenue
Altoona, PA 16602
Bankruptcy Debtor

Michelle A. Nisewonger
fka Michelle A. Gillespie
1929 Walton Avenue
Altoona, PA 16602
Bankruptcy Debtor

**Service by NEF**

Theresa C Homady
Homady & Corcoran, LLC
104 S. Center St.
Suite 212
Ebensburg, PA 15931
Attorney

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
United States Trustee

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Bankruptcy Trustee