**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICHARD L. NISEWONGER, SR.<br>MICHELLE A. NISEWONGER<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:19-70166 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 03/23/2019 and confirmed on 7/5/19 . The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 172,294.00 |
| Less Refunds to Debtor | 2,132.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 170,161.60 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,500.00 | |
|   Trustee Fee | 8,772.33 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,272.33 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE RMTP TRUST ET | 0.00 | 100,086.04 | 0.00 | 100,086.04 |
|   Acct: 0491 | | | | |
| US BANK NA - TRUSTEE RMTP TRUST ET | 19,904.21 | 19,904.21 | 0.00 | 19,904.21 |
|   Acct: 0491 | | | | |
| SNAP-ON CREDIT LLC | 8,134.58 | 8,134.58 | 2,403.65 | 10,538.23 |
|   Acct: 1460 | | | | |
| TRIBUTE CAPITAL PARTNERS LLC | 10,275.00 | 10,275.00 | 1,069.59 | 11,344.59 |
|   Acct: 9984 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F C | 9,948.29 | 9,948.29 | 1,320.03 | 11,268.32 |
|   Acct: 8602 | | | | |
| | | | | 153,141.39 |
| **Priority** | | | | |
| THERESA C HOMADY ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RICHARD L. NISEWONGER, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RICHARD L. NISEWONGER, SR. | 2,132.40 | 2,132.40 | 0.00 | 0.00 |
|   Acct: | | | | |
| HOMADY LAW | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| THERESA C HOMADY ESQ* | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 5,747.88 | 0.00 | 5,747.88 |
|   Acct: 8176 | | | | |
| | | | | 5,747.88 |
| **Unsecured** | | | | |
| ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0102 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 493.83 | 0.00 | 0.00 | 0.00 |
|   Acct: 4961 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 294.40 | 0.00 | 0.00 | 0.00 |
|   Acct: 8901 | | | | |
| CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5794 | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5191 | | | | |
|   LVNV FUNDING LLC | 995.58 | 0.00 | 0.00 | 0.00 |
| Acct: 5849 | | | | |
|   LVNV FUNDING LLC | 516.57 | 0.00 | 0.00 | 0.00 |
| Acct: 9455 | | | | |
|   FAIR COLLECTIONS AND OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8494 | | | | |
|   GEORGIA DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7842 | | | | |
|   LJ ROSS ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4197 | | | | |
|   US DEPARTMENT OF EDUCATION | 18,132.06 | 0.00 | 0.00 | 0.00 |
| Acct: 9324 | | | | |
|   MB/ROI++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0972 | | | | |
|   UPMC HEALTH SERVICES | 1,222.54 | 0.00 | 0.00 | 0.00 |
| Acct: 9324 | | | | |
|   WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4509 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 1,172.69 | 0.00 | 0.00 | 0.00 |
| Acct: 5224 | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   TRIBUTE CAPITAL PARTNERS LLC | 4,588.43 | 0.00 | 0.00 | 0.00 |
| Acct: 9984 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 3,940.96 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
|   UPMC PHYSICIAN SERVICES | 539.65 | 0.00 | 0.00 | 0.00 |
| Acct: 9324 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6341 | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   FRIEDMAN VARTOLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CITY OF BALTIMORE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 158,889.27 |

```
TOTAL CLAIMED
    PRIORITY           0.00
    SECURED       48,262.08
    UNSECURED     31,896.71
```

Date: 12/23/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   RICHARD L. NISEWONGER, SR.
   MICHELLE A. NISEWONGER
        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:19-70166 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-70166-JAD

Richard L. Nisewonger, Sr.  Chapter 13

Michelle A. Nisewonger

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 4

Date Rcvd: Jan 02, 2026      Form ID: pdf900      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |
| @ | Recipients marked '@' were noticed on Jan 05, 2026. |
| > | Recipients marked '>' were noticed on Jan 04, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db/jdb | + | Richard L. Nisewonger, Sr., Michelle A. Nisewonger, 1929 Walton Avenue, Altoona, PA 16602-4543 |
| @15017640 | + | Holiday Financial Services, 112 Hollidaysburg Plaza, Duncansville, PA 16635-8410 |
| @15426281 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| >15017642 | + | My Great Lakes, PO Box 790321, Saint Louis, MO 63179-0321 |
| @15017644 | + | ROI, PO Box 62850, Baltimore, MD 21264-2850 |
| @15017646 | + | Theresa C. Homady, Esquire, 317 Union Street, Suite 105, Hollidaysburg, PA 16648-2097 |
| >15662095 | | U.S. Bank National Association, et al., c/o Rushmore Servicing, PO Box 619096 Dallas, TX 75261 |
| @15017648 | + | UPMC, PO Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2026 01:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Jan 03 2026 01:27:29 | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 03 2026 01:32:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004-2001 |
| 15017629 | + | Email/Text: bankruptcy@rentacenter.com | Jan 03 2026 01:33:00 | Acceptance Now, 5501 Headquarters, Plano, TX 75024-5837 |
| 15017630 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2026 01:37:54 | Capital One Bank, Bankruptcy Claims Servicer, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15030534 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2026 01:37:54 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15017631 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2026 01:37:50 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15017632 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Jan 03 2026 01:32:00 | City of Baltimore, 200 Holliday Street, Baltimore, MD 21202-3613 |
| 15017634 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 03 2026 01:37:56 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15017635 | | Email/Text: bankruptcycourts@equifax.com | Jan 03 2026 01:32:00 | Equifax, 1550 Peachtree Street, NW, Atlanta, GA 30309-2468 |
| 15017636 | ^ | MEBN | Jan 03 2026 01:27:18 | Experian, 701 Experian Parkway, Allen, TX 75013-3715 |
| 15481336 | ^ | MEBN | Jan 03 2026 01:27:30 | FRIEDMAN VARTOLO, LLP, Attorneys for Rushmore Loan Management, Services,LLC as Servicer for U.S. Bank N, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15017637 | + | Email/Text: bankruptcy@fco.com | Jan 03 2026 01:32:00 | Fair Collections and Outsourcing, 12304 Baltimore Ave., Ste E, Beltsville, MD 20705-1314 |
| 15426282 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 03 2026 01:32:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15017638 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 03 2026 01:32:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15017639 | | Email/Text: brnotices@dor.ga.gov | Jan 03 2026 01:32:00 | Georgia Department of Revenue, PO Box 105499, Atlanta, GA 30348 |
| 15017641 | + | Email/Text: support@ljross.com | Jan 03 2026 01:32:00 | LJ Ross, PO Box 6099, Jackson, MI 49204-6099 |
| 15058998 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2026 01:38:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15030649 | + | Email/PDF: cbp@omf.com | Jan 03 2026 01:37:50 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15017643 | + | Email/PDF: cbp@omf.com | Jan 03 2026 01:37:50 | OneMain Financial, PO Box 3327, Evansville, IN 47732-3327 |
| 15031186 | + | Email/Text: ebnpeoples@grblaw.com | Jan 03 2026 01:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15017645 | | Email/Text: legalservices12@snaponcredit.com | Jan 03 2026 01:32:00 | Snap On Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 15017787 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2026 01:37:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15017647 | | Email/Text: DASPUBREC@transunion.com | Jan 03 2026 01:32:00 | Trans Union, 555 West Adams Street, Chicago, IL 60661 |
| 16424219 | + | Email/Text: louis@tributecap.com | Jan 03 2026 01:32:00 | Tribute Capital Partners, LLC, P.O. Box 167762, Irving, TX 75016-7762 |
| 15481337 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 03 2026 01:32:00 | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15642893 | + | Email/Text: RASEBN@raslg.com | Jan 03 2026 01:32:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15056805 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 03 2026 01:32:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 15059813 | | Email/Text: BNCnotices@dcmservices.com | Jan 03 2026 01:32:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15059812 | | Email/Text: BNCnotices@dcmservices.com | Jan 03 2026 01:32:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15057744 | | Email/PDF: ebn_ais@aisinfo.com | Jan 03 2026 01:38:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15017649 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 03 2026 01:32:00 | Webbank/Fingerhut, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |

Case 19-70166-JAD    Doc 106    Filed 01/10/26    Entered 01/10/26 18:26:39    Desc Main
Document      Page 8 of 9

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 02, 2026 | Form ID: pdf900 | Total Noticed: 40 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Tribute Capital Partners LLC, P.O. Box 167762, Irving, TX 75016-7762 |
| 15063394 | * | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15017633 | ##+ | Credit Control Collections, 2410 Broad Avenue, Altoona, PA 16601-1940 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank National Association.  mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Theresa C Homady | on behalf of Debtor Richard L. Nisewonger  Sr. thomady1@msn.com, homadylaw@gmail.com;HomadyCorcoranLLC@jubileebk.net |
| Theresa C Homady | on behalf of Joint Debtor Michelle A. Nisewonger thomady1@msn.com |

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 02, 2026 | Form ID: pdf900 | Total Noticed: 40 |

homadylaw@gmail.com;HomadyCorcoranLLC@jubileebk.net

TOTAL: 10