| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Richard L. Nisewonger Sr. | Social Security number or ITIN  xxx–xx–9324 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Michelle A. Nisewonger | Social Security number or ITIN  xxx–xx–7842 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:  19–70166–JAD

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard L. Nisewonger Sr.
aka Richard L. Nisewonger

Michelle A. Nisewonger
fka Michelle A. Gillespie

3/3/26

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                       Case No. 19-70166-JAD

Richard L. Nisewonger, Sr.                                                   Chapter 13

Michelle A. Nisewonger

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7 | User: auto | Page 1 of 4
:--|:--:|--:
Date Rcvd: Mar 03, 2026 | Form ID: 3180W | Total Noticed: 42

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard L. Nisewonger, Sr., Michelle A. Nisewonger, 1929 Walton Avenue, Altoona, PA 16602-4543 |
| 15017640 | + | Holiday Financial Services, 112 Hollidaysburg Plaza, Duncansville, PA 16635-8410 |
| 15426281 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15017642 | + | My Great Lakes, PO Box 790321, Saint Louis, MO 63179-0321 |
| 15017644 | + | ROI, PO Box 62850, Baltimore, MD 21264-2850 |
| 15017646 | + | Theresa C. Homady, Esquire, 317 Union Street, Suite 105, Hollidaysburg, PA 16648-2097 |
| 15662095 | | U.S. Bank National Association, et al., c/o Rushmore Servicing, PO Box 619096 Dallas, TX 75261 |
| 15017648 | + | UPMC, PO Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 04 2026 05:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 04 2026 05:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Mar 04 2026 05:26:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Mar 04 2026 00:28:32 | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 04 2026 00:35:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004-2001 |
| 15017629 | + | Email/Text: bankruptcy@rentacenter.com | Mar 04 2026 00:35:00 | Acceptance Now, 5501 Headquarters, Plano, TX 75024-5837 |
| 15017630 | | EDI: CAPITALONE.COM | Mar 04 2026 05:26:00 | Capital One Bank, Bankruptcy Claims Servicer, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15030534 | | EDI: CAPITALONE.COM | Mar 04 2026 05:26:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15017631 | | EDI: CAPITALONE.COM | Mar 04 2026 05:26:00 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15017632 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | | |

District/off: 0315-7 User: auto Page 2 of 4

Date Rcvd: Mar 03, 2026 Form ID: 3180W Total Noticed: 42

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Mar 04 2026 00:35:00 | City of Baltimore, 200 Holliday Street, Baltimore, MD 21202-3613 |
| 15017634 | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2026 00:46:31 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15017635 | Email/Text: bankruptcycourts@equifax.com | Mar 04 2026 00:35:00 | Equifax, 1550 Peachtree Street, NW, Atlanta, GA 30309-2468 |
| 15017636 | ^ MEBN | Mar 04 2026 00:28:19 | Experian, 701 Experian Parkway, Allen, TX 75013-3715 |
| 15481336 | ^ MEBN | Mar 04 2026 00:28:33 | FRIEDMAN VARTOLO, LLP, Attorneys for Rushmore Loan Management, Services,LLC as Servicer for U.S. Bank N, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15017637 | + Email/Text: bankruptcy@fco.com | Mar 04 2026 00:35:00 | Fair Collections and Outsourcing, 12304 Baltimore Ave., Ste E, Beltsville, MD 20705-1314 |
| 15426282 | + Email/Text: Bankruptcy@Freedommortgage.com | Mar 04 2026 00:35:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15017638 | + Email/Text: Bankruptcy@Freedommortgage.com | Mar 04 2026 00:35:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15017639 | EDI: GADEPTOFREV | Mar 04 2026 05:26:00 | Georgia Department of Revenue, PO Box 105499, Atlanta, GA 30348 |
| 15017641 | + Email/Text: support@ljross.com | Mar 04 2026 00:35:00 | LJ Ross, PO Box 6099, Jackson, MI 49204-6099 |
| 15058998 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2026 00:46:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15030649 | + EDI: AGFINANCE.COM | Mar 04 2026 05:26:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15017643 | + EDI: AGFINANCE.COM | Mar 04 2026 05:26:00 | OneMain Financial, PO Box 3327, Evansville, IN 47732-3327 |
| 15031186 | + Email/Text: ebnpeoples@grblaw.com | Mar 04 2026 00:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15017645 | Email/Text: legalservices12@snaponcredit.com | Mar 04 2026 00:35:00 | Snap On Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 15017787 | + EDI: PRA.COM | Mar 04 2026 05:26:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15017647 | Email/Text: DASPUBREC@transunion.com | Mar 04 2026 00:34:00 | Trans Union, 555 West Adams Street, Chicago, IL 60661 |
| 16424219 | + Email/Text: louis@tributecap.com | Mar 04 2026 00:35:00 | Tribute Capital Partners, LLC, P.O. Box 167762, Irving, TX 75016-7762 |
| 15481337 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 04 2026 00:35:00 | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15642893 | + Email/Text: RASEBN@raslg.com | Mar 04 2026 00:35:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15056805 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 04 2026 00:35:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 15059813 | Email/Text: BNCnotices@dcmservices.com | Mar 04 2026 00:35:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15059812 | Email/Text: BNCnotices@dcmservices.com | Mar 04 2026 00:35:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15057744 | EDI: AIS.COM | Mar 04 2026 05:26:00 | Verizon, by American InfoSource as agent, PO |

District/off: 0315-7        User: auto        Page 3 of 4

Date Rcvd: Mar 03, 2026        Form ID: 3180W        Total Noticed: 42

|  |  |  | Box 4457, Houston, TX 77210-4457 |
|---|---|---|---|
| 15017649 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
|  |  | Mar 04 2026 00:46:23 | Webbank/Fingerhut, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Tribute Capital Partners LLC, P.O. Box 167762, Irving, TX 75016-7762 |
| 15063394 | * | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15017633 | ##+ | Credit Control Collections, 2410 Broad Avenue, Altoona, PA 16601-1940 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank National Association.  mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

District/off: 0315-7 User: auto Page 4 of 4
Date Rcvd: Mar 03, 2026 Form ID: 3180W Total Noticed: 42

Theresa C Homady
on behalf of Debtor Richard L. Nisewonger Sr. thomady1@msn.com,
homadylaw@gmail.com;HomadyCorcoranLLC@jubileebk.net

Theresa C Homady
on behalf of Joint Debtor Michelle A. Nisewonger thomady1@msn.com
homadylaw@gmail.com;HomadyCorcoranLLC@jubileebk.net

TOTAL: 10