**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    RICHARD L. NISEWONGER, SR.
    MICHELLE A. NISEWONGER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:19-70166 JAD

Chapter 13

Document No.: 103

FILED
3/3/26 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

  AND NOW, this _____3rd_____ day of _____March_____, 20_26_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70166-JAD |
| Richard L. Nisewonger, Sr. | Chapter 13 |
| Michelle A. Nisewonger | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 03, 2026 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard L. Nisewonger, Sr., Michelle A. Nisewonger, 1929 Walton Avenue, Altoona, PA 16602-4543 |
| 15017640 | + | Holiday Financial Services, 112 Hollidaysburg Plaza, Duncansville, PA 16635-8410 |
| 15426281 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15017642 | + | My Great Lakes, PO Box 790321, Saint Louis, MO 63179-0321 |
| 15017644 | + | ROI, PO Box 62850, Baltimore, MD 21264-2850 |
| 15017646 | + | Theresa C. Homady, Esquire, 317 Union Street, Suite 105, Hollidaysburg, PA 16648-2097 |
| 15662095 | | U.S. Bank National Association, et al., c/o Rushmore Servicing, PO Box 619096 Dallas, TX 75261 |
| 15017648 | + | UPMC, PO Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2026 00:46:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Mar 04 2026 00:28:32 | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 04 2026 00:35:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004-2001 |
| 15017629 | + | Email/Text: bankruptcy@rentacenter.com | Mar 04 2026 00:35:00 | Acceptance Now, 5501 Headquarters, Plano, TX 75024-5837 |
| 15017630 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2026 00:46:23 | Capital One Bank, Bankruptcy Claims Servicer, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15030534 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2026 00:46:23 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15017631 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2026 00:46:36 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15017632 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Mar 04 2026 00:35:00 | City of Baltimore, 200 Holliday Street, Baltimore, MD 21202-3613 |
| 15017634 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2026 00:46:24 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15017635 | | Email/Text: bankruptcycourts@equifax.com | Mar 04 2026 00:35:00 | Equifax, 1550 Peachtree Street, NW, Atlanta, GA 30309-2468 |
| 15017636 | ^ | MEBN | | |

District/off: 0315-7                                    User: auto                                    Page 2 of 4

Date Rcvd: Mar 03, 2026                                Form ID: pdf900                                Total Noticed: 40

| | | | Mar 04 2026 00:28:19 | Experian, 701 Experian Parkway, Allen, TX 75013-3715 |
|---|---|---|---|---|
| 15481336 | ^ | MEBN | | |
| | | | Mar 04 2026 00:28:33 | FRIEDMAN VARTOLO, LLP, Attorneys for Rushmore Loan Management, Services,LLC as Servicer for U.S. Bank N, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15017637 | + | Email/Text: bankruptcy@fco.com | | |
| | | | Mar 04 2026 00:35:00 | Fair Collections and Outsourcing, 12304 Baltimore Ave., Ste E, Beltsville, MD 20705-1314 |
| 15426282 | + | Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | | Mar 04 2026 00:35:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15017638 | + | Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | | Mar 04 2026 00:35:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15017639 | | Email/Text: brnotices@dor.ga.gov | | |
| | | | Mar 04 2026 00:35:00 | Georgia Department of Revenue, PO Box 105499, Atlanta, GA 30348 |
| 15017641 | + | Email/Text: support@ljross.com | | |
| | | | Mar 04 2026 00:35:00 | LJ Ross, PO Box 6099, Jackson, MI 49204-6099 |
| 15058998 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 04 2026 00:46:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15030649 | + | Email/PDF: cbp@omf.com | | |
| | | | Mar 04 2026 00:46:37 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15017643 | + | Email/PDF: cbp@omf.com | | |
| | | | Mar 04 2026 00:46:37 | OneMain Financial, PO Box 3327, Evansville, IN 47732-3327 |
| 15031186 | + | Email/Text: ebnpeoples@grblaw.com | | |
| | | | Mar 04 2026 00:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15017645 | | Email/Text: legalservices12@snaponcredit.com | | |
| | | | Mar 04 2026 00:35:00 | Snap On Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 15017787 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 04 2026 00:46:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15017647 | | Email/Text: DASPUBREC@transunion.com | | |
| | | | Mar 04 2026 00:34:00 | Trans Union, 555 West Adams Street, Chicago, IL 60661 |
| 16424219 | + | Email/Text: louis@tributecap.com | | |
| | | | Mar 04 2026 00:35:00 | Tribute Capital Partners, LLC, P.O. Box 167762, Irving, TX 75016-7762 |
| 15481337 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Mar 04 2026 00:35:00 | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15642893 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Mar 04 2026 00:35:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15056805 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Mar 04 2026 00:35:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 15059813 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Mar 04 2026 00:35:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15059812 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Mar 04 2026 00:35:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15057744 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Mar 04 2026 00:46:25 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15017649 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Mar 04 2026 00:46:24 | Webbank/Fingerhut, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |

TOTAL: 32

District/off: 0315-7 User: auto Page 3 of 4
Date Rcvd: Mar 03, 2026 Form ID: pdf900 Total Noticed: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Tribute Capital Partners LLC, P.O. Box 167762, Irving, TX 75016-7762 |
| 15063394 | * | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15017633 | ##+ | Credit Control Collections, 2410 Broad Avenue, Altoona, PA 16601-1940 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank National Association.  mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Theresa C Homady | on behalf of Debtor Richard L. Nisewonger  Sr. thomady1@msn.com, homadylaw@gmail.com;HomadyCorcoranLLC@jubileebk.net |
| Theresa C Homady | on behalf of Joint Debtor Michelle A. Nisewonger thomady1@msn.com homadylaw@gmail.com;HomadyCorcoranLLC@jubileebk.net |

District/off: 0315-7    User: auto    Page 4 of 4
Date Rcvd: Mar 03, 2026    Form ID: pdf900    Total Noticed: 40
TOTAL: 10